UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ABFC 2006-OPT3 TRUST, ASSET BACKED FUNDING CORPORATION ASSETBACKED CERTIFICATES, SERIES 2006- OPT3,

                    Plaintiff,

v.

OSWALD PETERS; MAUREEN A. STANLEY; "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the Subject Property described in the Complaint,

                    Defendants.

25-CV-5397 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Complaint in this case was filed on June 30, 2025. *See* Dkt. No. 1. On August 7, 2025, Plaintiff filed a certificate of service stating that Defendants were served that same day by mail. Defendants' answer was due on August 27, 2025. No Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by October 24, 2025. If Defendants fail to do so, and Plaintiff intends to move for default judgment, they shall do so by November 7, 2025.

      Additionally, an initial conference was scheduled in this matter for this Friday, October 10, 2025 at 12:30 p.m. However, because Defendants have not yet entered a notice of appearance, the conference is hereby adjourned *sine die*.

Plaintiffs shall serve a copy of this Order on Defendants by October 10, 2025 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:     October 7, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge