UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ABFC 2006- OPT3 TRUST, ASSET BACKED FUNDING CORPORATION ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3,

                     Plaintiff,

       v.

OSWALD PETERS; MAUREEN A. STANLEY; "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the Subject Property described in the Complaint,

                     Defendants.

25-CV-5397 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Plaintiff, Wells Fargo Bank, having moved the Court for Default Judgment of Foreclosure and Sale against Defendants, Oswald Peters and Maureen Stanley; and the Clerk of Court, having entered a Certificate of Default against Defendants on November 10, 2025:

IT IS HEREBY ORDERED THAT the above-named Defendants shall submit a response, if any, by January 30, 2026. Plaintiff shall serve a copy of this Order on Defendants by January 12, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    January 7, 2025
          New York, New York

                               Ronnie Abrams
                               United States District Judge