UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, NATIONAL ASSOCIATION *as Trustee for ABFC 2006-OPT Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3,*

                    Plaintiff,

        -against-

OSWALD PETERS, et al,

                    Defendant.

25-CV-5397 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 24, 2026, this matter was referred to me for general pre-trial supervision and dispositive motions that require a Report & Recommendation, specifically Plaintiff's Motion for Default Judgement of Foreclosure and Sale (ECF 19.) (*See* ECF 25, Order of Ref.)

The telephonic hearing scheduled for May 1, 2026 before Judge Abrams, is now rescheduled to **May 8, 2026** at **11:30 AM** before Judge Tarnofsky. Defendants are ordered to show cause at the hearing why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint. At the scheduled time, Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442**, Access Code: **335 284 721#**. Plaintiff is directed to serve a copy of this order on Defendants, and file proof of such service on the docket, by **April 28, 2026**.

DATED:  April 24, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**