UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION *as Trustee for ABFC 2006-OPT Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3,*<br><br>                    Plaintiff,<br><br>        -against-<br><br>OSWALD PETERS, et al,<br><br>                    Defendant. | 25-CV-5397 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have reviewed Plaintiff's submissions for its Motion for Default Judgment and Judgment of Foreclosure and Sale (ECF 19, ECF 20). The first two pages of the exhibit at ECF 19-22, labeled "Exhibit Business Records" on the docket, are illegible. Plaintiff is ORDERED to file a legible copy of its exhibit at ECF 19-22 in legible form on the docket by **June 2, 2026**.

Dated: May 29, 2026          SO ORDERED.
       New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**