UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, NATIONAL ASSOCIATION *as Trustee for ABFC 2006-OPT Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3,*

                Plaintiff,

    -against-

OSWALD PETERS, et al,

                Defendant.

25-CV-5397 (RA) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 29, 2026, I ordered Plaintiff to re-file its exhibit at ECF 19-22, labeled "Exhibit Business Records," on the docket by June 2, 2026. (ECF 29.) Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to re-file its exhibit until **June 5, 2026**.

Dated: June 3, 2026
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**