UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, NATIONAL ASSOCIATION *as Trustee for ABFC 2006-OPT Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3,*

Plaintiff,

-against-

OSWALD PETERS, et al,

Defendant.

25-CV-5397 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 8, 2026, Judge Abrams ordered Wells Fargo to submit a proposed judgment of foreclosure and sale, including the award of fees and costs, consistent with the Report and Recommendation (ECF 32) and her Order adopting the Report and Recommendation (ECF 34). On September 21, 2026, this Court extended the deadline for Wells Fargo to file its proposed judgment of foreclosure and sale until September 22, 2026. (ECF 35.) Wells Fargo has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Wells Fargo to file its proposed judgment of foreclosure and sale until **September 25, 2026.**

Dated: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**