UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, NATIONAL ASSOCIATION as Trustee for ABFC 2006-OPT Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-OPT3,

Plaintiff,

v.

OSWALD PETERS and MAUREEN A. STANLEY,

Defendants.

25-CV-5397 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff is directed to serve a copy of its proposed judgment, Dkt. No. 37, on Defendants and to file proof of such service on the docket on the same day that such service is made. If any Defendant seeks to object to any particular language in the proposed judgment, they shall have 21 days from the date of service to do so.

SO ORDERED.

Dated: September 28, 2026
New York, New York



Ronnie Abrams
United States District Judge